CLOSED, JURYDEMAND

# U.S. District Court
## Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:02-cv-00021-BJR
## Internal Use Only

Lewis, et al v. Glaxosmithkline PLC, et al
Assigned to: Hon. Barbara J. Rothstein
Demand: $0
Lead Docket: 2:01-md-01407-BJR
Case in other court:  Dist CT (New Haven), 01-cv-2093
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/31/2002
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod.
Liability
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**Ronald B Lewis**                      represented by  **James F Early**
                                                        EARLY LUDWICK & SWEENEY
                                                        PO BOX 1866
                                                        NEW HAVEN, CT 06508-1866
                                                        203-777-7799
                                                        Fax: 203-777-7799
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Olga Lewis**                          represented by  **James F Early**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Defendant**
-----------------------

**Glaxosmithkline PLC**                 represented by  **Timothy W Donahue**
                                                        DELANEY ZEMETIS DONAHUE
                                                        DURHAM & NOONAN
                                                        PO BOX 747
                                                        WALLINGFORD, CT 06492
                                                        203-269-1441
                                                        Fax: 203-269-1441
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Smith Kline Beecham Co**              represented by  **Timothy W Donahue**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glaxosmithkline Consumer Healthcare L P**              represented by   **Timothy W Donahue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CVS Pharmacy Inc**              represented by   **Karen L Dowd**
HORTON SHIELDS & CORMIER
90 GILLETT STREET
HARTFORD, CT 06105
860-522-8338
Fax: FAX 1-860-728-0401
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth A Cohen**
GOODWIN PROCTER
53 STATE ST
BOSTON, MA 02109-2881
617-570-1000
Fax: 617-570-1000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly A Knox**
HORTON SHIELDS & CORMIER
90 GILLETT STREET
HARTFORD, CT 06105
860-522-8338
Fax: 860-522-8338
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**CVS Meridian Inc**              represented by   **Karen L Dowd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly A Knox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Walley Ave CVS Inc**              represented by   **Karen L Dowd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly A Knox**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consumer Healthcare Prods Assoc**

| Date Entered | # | Docket Text |
|---|---|---|
| 04/04/2002 | 24 | TRANSMITTAL OF DOCUMENTS from Dist of Connecticut (New Haven) per MDL Order (CTO-7) dated 12/12/01 re: MDL 1407 (PPA). Dist of CT civil case no. 01-cv-2093. (VB) (Entered: 04/04/2002) |
| 04/17/2002 | | Motion Calendar (Utility Event) Motion by defendants CVS Pharmacy, Inc.'s and CVS Meridian, Inc to Dismiss pursuant to FRCP 12 (b)(6) (VB) (Entered: 04/17/2002) |
| 04/29/2002 | | ENT- The Clerk will maintain a master docket and case file under the style PPA cases: orders, pleadings, motions, and other documents will, when filed and docketed in the Master Case File, be deemed filed and docketed in each individual case to the extent possible. (VB) (Entered: 04/29/2002) |
| 04/29/2002 | | Terminate Case (utility event) Per BJR (VB) (Entered: 04/29/2002) |
| 05/08/2002 | 25 | ORDER GRANTING PLAINTIFFS LEAVE TO AMEND COMPLAINTS AND DEFENDANTS LEAVE TO RESPOND by Judge Barbara J. Rothstein; This document relates to: all actions listed on Attachment A to this Order. Re: FRCP 12(b)(6) and 12(e). The court hereby grants plaintiffs in the cases listed on Attachment A the opportunity to file amended complaints by May 13, 2002. Defendants shall either file any objections to those amendments, renew their motions to dismiss, or strike their motions to dismiss by June 3, 2002. (TG) Additional attachment(s) added on 5/13/2004 (AE, ). (Entered: 05/08/2002) |
| 06/20/2002 | 26 | RESPONSE by defendant CVS Pharmacy Inc, defendant CVS Meridian Inc re: order [25-1], re: calendar motion: Motion by defendants CVS Pharmacy, Inc.'s and CVS Meridian, Inc to Dismiss pursuant to FRCP 12 (b)(6) [0-0] (VB) (Entered: 06/20/2002) |
| 07/03/2002 | 27 | OBJECTIONS by defendant CVS Pharmacy Inc, defendant CVS Meridian Inc, New Haven Crown CVS re: order issued on 4/22/02 re: filing of amended complaint [25-1] (MD) (Entered: 07/03/2002) |
| 07/03/2002 | 28 | OBJECTIONS by plaintiff to deft's objection to amend pltf's complaint dated 6/25/02[27-1] (MD) (Entered: 07/03/2002) |

| | | |
|---|---|---|
| 07/19/2002 | 29 | AMENDED COMPLAINT by plaintiff; jury demand (VB) (Entered: 07/19/2002) |
| 08/27/2002 | 30 | ATTORNEY APPEARANCE for defendant CVS Pharmacy Inc by Kenneth A Cohen (VB) (Entered: 08/27/2002) |
| 09/06/2002 | 31 | ATTORNEY APPEARANCE for defendant CVS Pharmacy Inc by Kenneth A. Cohen (VB) (Entered: 09/06/2002) |
| 12/19/2003 | 32 | PETITION for Suggestion of Remand Order filed by Plaintiffs Olga Lewis, Ronald B Lewis. (Luzzi, Michael) (Entered: 12/19/2003) |
| 02/02/2004 | 33 | ORDER RE: ELIGIBILITY OF FIRST ROUND PETITIONS FOR REMAND by Judge Barbara J. Rothstein. (AE, ) (Entered: 02/02/2004) |
| 02/03/2004 | 34 | MINUTE ORDER re:[2462] Eligibility of First Round of Petitions for remand Order by Magistrate Judge Mary Alice Theiler(AE, ) (Entered: 02/03/2004) |
| 02/12/2004 | 35 | MINUTE ORDER: The Court hereby deems the Bryant (03-cv-2102) and Fields (03-cv-2096) cases ineligible for remand by US Magistrate Judge Mary Alice Theiler. (AE, ) (Entered: 02/12/2004) |
| 02/25/2004 | 36 | DECLARATION *Regarding Alternative Dispute Resolution* by Plaintiffs Olga Lewis, Ronald B Lewis. (Luzzi, Michael) (Entered: 02/25/2004) |
| 03/12/2004 | 37 | SUGGESTION OF REMAND ORDER, related only to cases listed on Attachment A by Judge Barbara J. Rothstein. (AE, ) (Entered: 03/12/2004) |
| 05/17/2004 | 38 | ORDER by MDL Panel re: MDL 1407 (PPA) CONDITIONAL REMAND ORDER received and filed on 5/17/04. The actions listed on the attached schedule are hereby remanded to their respective Transferor courts. Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425,438(2001), parties are to furnish a stipulation or designation of the contents to be remanded and all necessary copies. (AE, ) Modified on 5/18/2004 (AE, ). (Entered: 05/17/2004) |
| 05/19/2004 | 39 | FINAL MDL PRETRIAL ORDER relating to cases listed on Exhibit A by Judge Barbara J. Rothstein. (AE, ) (Entered: 05/19/2004) |

Case 3:01-cv-02093-AHN     Document 40     Filed 05/24/2004     Page 5 of 6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

The attached docket sheet is a true and correct version of the electronic docket sheet on file in my office.

DATED this 19th day of May, 2004.

Bruce Rifkin, Clerk

s/ Agalelei Elkington
Deputy Clerk

