UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Ronald B. Lewis, et al

V.                          Case Number: 3:01cv2093 (AHN)

Glaxosmithkline PLC, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 7/07/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on August 6, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, July 8, 2004.


KEVIN F. ROWE, CLERK

By: /s/ Alice Montz_____
    Alice Montz
    Deputy Clerk