UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Ronald Lewis and Olga Lewis    :

      Plaintiffs    :
    :
    :    CASE NUMBER
VS    :
    :    301CV02093 AHN
GlaxoSmithKline, et al    :
    :
    Defendants    :    June 15, 2004

<u>STIPULATION OF DISMISSAL</u>

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the

Plaintiffs hereby move that this action as filed against all Defendants be dismissed with prejudice

and without costs.  Defendants have no objection to the granting of this Motion.

THE PLAINTIFFS

By: Michael J. Luzzi, Esq.
    *Fed. Bar No. CT 12518*
    Early, Ludwick & Sweeney, LLC
    PO Box 1866
    New Haven, CT 06508-1866
    203-777-7799
    Fax: 203-785-1671

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s
**EARLY, LUDWICK & SWEENEY, L.L.C.**
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET • P.O. BOX 1866
NEW HAVEN, CONNECTICUT 06508-1866 • (203) 777-7799 • JURIS. NO. 409080

THE DEFENDANT
Consumer Healthcare Products Association

By:   Patrick Davies, Esq.
      Covington & Burling
      1201 Pennsylvania Avenue, NW
      Washington, DC 20004-2401

THE DEFENDANTS
Smithkline Beecham Corporation;
Glaxosmithkline Consumer Healthcare, LLC;
CVS Pharmacy, Inc.;
CVS Meridian, Inc.; and
Whalley Avenue CVS, Inc.

By:  Timothy Donahue, Esq.
     Delaney, Zemetis, Donahue, Durham & Noonan
     11 South Main Street
     Wallingford, CT 06492

# C E R T I F I C A T I O N

This is to certify that a copy of the foregoing was mailed postage prepaid, this 2nd day of August, 2004 to:

Michael J. Luzzi, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866

Patrick Davies, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

Timothy W. Donahue