UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Ronald Lewis and Olga Lewis | : | |
| Plaintiffs | : | |
| | : | CASE NUMBER |
| VS | : | |
| | : | 301CV02093 AHN |
| GlaxoSmithKline, et al | : | |
| Defendants | : | June 15, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Plaintiffs hereby move that this action as filed against all Defendants be dismissed with prejudice and without costs. Defendants have no objection to the granting of this Motion.

THE PLAINTIFFS

By: Michael J. Luzzi, Esq.
Fed. Bar No. CT 12518
Early, Ludwick & Sweeney, LLC
PO Box 1866
New Haven, CT 06508-1866
203-777-7799
Fax: 203-785-1671

8/05/04  APPROVED.  SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

FILED 2004 AUG -3 P 12:03 U.S. DISTRICT COURT BRIDGEPORT CONN

EARLY, LUDWICK, SWEENEY & STRAUSS
An Association of Professional L.L.C.s
**EARLY, LUDWICK & SWEENEY, L.L.C.**
ONE CENTURY TOWER • 11th FLOOR • 265 CHURCH STREET • P.O. BOX 1866
NEW HAVEN, CONNECTICUT 06508-1866 • (203) 777-7799 • JURIS. NO. 409080